IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WHITEHURST, | No. 2:21-CV-1986-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is defense counsel's request, ECF No. 9, to appear telephonically at the scheduling conference set for March 9, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor based on the distance between counsel's office in Sherman Oaks, California, and the Courthouse in Redding, California, counsel's request is construed as a motion and, so construed, is granted. Counsel may arrange for a telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated: March 1, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1