IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WHITEHURST,<br><br>   Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>   Defendant. | No. 2:21-CV-1986-KJM-DMC<br><br><br>ORDER |

  Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's counsel's request, ECF No. 13, to appear telephonically at the scheduling conference set for March 9, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor based on counsel's declaration indicating that both lead and associate counsel will be out of town (Texas and Copenhagen, respectively), counsel's request is construed as a motion and, so construed, is granted. Counsel may arrange for a telephonic appearance through CourtCall.

  IT IS SO ORDERED.

Dated: March 8, 2022

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE