1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TAMMY WHITEHURST,                          No.  2:21-CV-1986-KJM-DMC

12                  Plaintiff,

13         v.                                    <u>ORDER</u>

14   DOLLAR TREE STORES, INC.,

15                  Defendant.

16

17            Plaintiff, who is proceeding pro se, brings this civil action.  The parties appeared

18   before the undersigned in Redding, California, on March 9, 2022, at 10:00 a.m., for an initial

19   scheduling conference.  Diane Balma, Esq., appeared telephonically for Plaintiff.  Anrea Breuer,

20   Esq., appeared telephonically for Defendant.  Upon consideration of the joint status report on file

21   in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this

22   order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

23            The parties are advised that they may, if all consent, have the matter re-assigned

24   for all purposes, including entry of final judgment, to the undersigned Magistrate Judge.

25            1.      Jurisdiction and venue are not contested.

26            2.      The parties represent that initial disclosures have been made.

27   / / /

28   / / /

1

1         3.     Plaintiff may file an amended complaint on or before **June 9, 2022**.  No

2 further joinder of parties or amendments to the pleadings is permitted beyond this date without

3 stipulation or leave of Court for good cause shown.

4         4.     The parties shall provide their initial lists of expert witnesses no later than

5 **December 8, 2022**.  The parties shall exchange lists of rebuttal experts no later than **December**

6 **29, 2022**.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure

7 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures

8 when required under Federal Rule of Civil Procedure 26(e).

9         5.     The parties are directed to coordinate with the Court for a settlement

10 conference to be held on or before **January 6, 2023**.

11        6.     All expert discovery shall be completed and all motions pertaining to

12 expert discovery shall be noticed to be heard by **August 11, 2023**.

13        7.     All non-expert discovery shall be completed and all motions pertaining to

14 non-expert discovery shall be noticed to be heard by **September 1, 2023**.

15        8.     All dispositive motions shall be noticed to be heard by **October 13, 2023**.

16        9.     The pre-trial conference and trial dates will be set by separate order.

17        IT IS SO ORDERED.

18

19 Dated:  March 21, 2022

20                                         DENNIS M. COTA

21                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28